**Schedule A Lori**

Columns

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Cause of Action** | **Plaintiff** | **Musical Composition** | **Writers** | **Date of Publication or Registration** | **Certificate of Registration Number** | **Date of Known Infringement** |
| 1. | WALTZ TIME MUSIC, INC. | MODERN DAY BONNIE AND CLYDE | James W. Aldridge<br><br>James E. LeBlanc | October 3, 2000 | PA 981-351 | November 27, 2024 |
| 2. | UNIVERSAL MUSIC CORP. | MIDNGIHT IN MONTGOMERY | Alan E. Jackson<br><br>Donald R. Sampson | May 15, 1991 | PA 533-558 | November 27, 2024 |
| 3. | W CHAPPELL MUSIC CORP. d/b/a WC MUSIC CORP. | CREEP | Colin C. Greenwood<br><br>Jonathan R.G. Greenwood<br><br>Albert L. Hammond<br><br>Michael E. Hazlewood<br><br>Edward J. O'Brien<br><br>Philip J. Selway<br><br>Thomas E. Yorke | August 6, 1993 | PA 739-812 | November 27, 2024 |