**UNITED STATES DISTRICT COURT**
**FOR THE Southern District of Ohio**

| | | |
|---|---|---|
| Waltz Time Music Inc., et al. | : | Case No. 1:25-cv-00128-MRB |
| | : | |
| Plaintiff(s), | : | Judge Michael R. Barrett |
| v. | : | |
| | : | |
| Lori Roadhouse LLC, et al. | : | |
| | : | |
| Defendant(s). | : | |

**NOTICE OF DEFICIENCY**

To: Plaintiff,

**AO 121 Missing.** Pursuant to S.D. Ohio Civ. R. 3.3(b), in all cases involving copyright claims, a party filing a complaint, amended complaint, counterclaim or any other pleading that adds a new copyright to the case must file with the Court, an AO 121 Report on the Filing or Determination of an Action or Appeal Regarding a Copyright Form identifying the copyright registration number(s).

Please submit the form by 3/18/2025.

If you have questions, please contact the Clerk's Office.

Office of the Clerk
Potter Stewart U.S. Courthouse
100 East Fifth St., Rm. 103
Cincinnati, Ohio 45202

Clerks_Office@ohsd.uscourts.gov

| | |
|---|---|
| March 4, 2025 | **Richard W. Nagel**<br>**Clerk of Court**<br><br>s/ K. VanDyke<br>Deputy Clerk |