# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

Waltz Time Music Inc., *et al.*,

    Plaintiffs,

    v.

Lori Roadhouse LLC, *et al.*,

    Defendants.

Case No. 1:25cv128

Judge Michael R. Barrett

## ORDER

Pursuant to notice from the parties that this matter has settled, it is **ORDERED** that this action is hereby **DISMISSED** with prejudice, provided that any of the parties may, upon good cause shown within thirty (30) days reopen the action. The Court retains jurisdiction.

    **IT IS SO ORDERED.**

    *s/Michael R. Barrett*
    Michael R. Barrett, Judge
    United States District Court